637 S.E.2d 309

**In the Matter of Oliver W. JOHNSON, III, Respondent.**

Supreme Court of South Carolina.

Nov. 1, 2006.

## ORDER

The Office of Disciplinary Counsel has filed a petition requesting respondent be transferred to incapacity inactive status pursuant to Rule 28(d)(1), RLDE, Rule 413, SCACR.

The petition is granted. Respondent is hereby transferred to incapacity inactive status pending a determination of his incapacity pursuant to Rule 28(b), RLDE.

IT IS SO ORDERED.

s/ Jean H. Toal, C.J.

s/ James E. Moore, J.

s/ John H. Waller, Jr., J.

s/ E.C. Burnett, III, J.

s/ Costa M. Pleicones, J.